B6B (Official Form 6B) (12/07)

In re **Dennis F. Frye**  Case No. **13-32001**
     **Paula A. Enders-Frye**
                                                  (if known)

*AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $0.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Bank of America | W | $175.00 |
| | | Savings account with Bank of America | W | $8.00 |
| | | Savings Account at Reliance Bank | W | $1.00 |
| | | Checking at Vantage Credit Union | H | $5.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Used household goods and furnishings | - | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, pictures, cds/dvds | - | $250.00 |
| 6. Wearing apparel. | | Personal used clothing | - | $250.00 |
| 7. Furs and jewelry. | | Costume jewelry, wedding band(s) | - | $200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Life insurance policy - term | W | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Dennis F. Frye**                                           Case No. **13-32001**
      **Paula A. Enders-Frye**
                                                                               (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k | - | $400.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Anticipated Tax Refund | - | $0.00 |
| | | Heather Williams, old business partner - theft loss of $80,000. Debtor believes this is uncollectible | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Dennis F. Frye**  Case No. **13-32001**
**Paula A. Enders-Frye**
(if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Workman's Compensation claim against debtor's employer. After attorney fees and medical bills, debtor expects to receive $4000-$5000. This claim arose before the case was filed but debtor was not aware that she had a legitimate claim until recently. | W | $12,299.81 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Ford Focus | W | $9,500.00 |
| | | 1992 Honda Accord | J | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Dennis F. Frye**                 Case No. **13-32001**
     **Paula A. Enders-Frye**                           (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2004 Dodge Ram - no transmission, no front axle - needs major work | H | $500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 3 dogs | W | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____3_____ continuation sheets attached    **Total >**    **$26,088.81**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
|     **Dennis Frye** | ) | **Case No. 13-32001** |
|     **Paula Enders-Frye** | ) | **Chapter 7** |
| **Debtor(s)** | ) | |
| | ) | **Judge Laura K. Grandy** |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF FILING

    PLEASE TAKE NOTICE that on July 7, 2014, the attached Amended Schedule B, disclosing a pre-petition workman's compensation claim, was filed with the U.S. Bankruptcy Court for the Southern District of Illinois in East St. Louis, IL.

/s/ Sean C. Paul
Sean C. Paul
8917 Gravois Rd.
St. Louis, MO  63123
(314) 827-4027
Fax (314) 222-0619
scp@pklawonline.com

### CERTIFICATE OF SERVICE

    I, Sean C. Paul, do hereby certify that I served a copy of this Notice along with the attached Amended Schedule B, upon the parties listed on the service list, by causing the same to be mailed in a properly addressed envelope, postage prepaid, on or before the 5:30 p.m., on July 7, 2014.

                                  /s/ Sean C. Paul
                                  Sean C. Paul

```
Label Matrix for local noticing          AARGON AGENCY INC                       ABLTY RECVRY
0754-3                                   8668 SPRING MOUNTAIN RD                 PO BOX
Case 13-32001-lkg                        LAS VEGAS, NV 89117-4132                WYOMING, PA 18644
Southern District of Illinois
East St Louis
Mon Jun 23 11:12:37 CDT 2014

ACCOUNT RESOLUTION COR                   AFNI, INC.                              (p)APPLIED BANK
700 GODDARD AVE                          PO BOX 3097                             PO BOX 15809
CHESTERFIELD, MO 63005-1100              BLOOMINGTON, IL 61702-3097              WILMINGTON DE 19850-5809


Alton Memorial Hospital                  Atlas Acquisitions LLC                  Barnes Jewish Hospital
1 Memorial Dr                            294 Union St.                           PO Box 954540
Alton, IL 62002-6755                     Hackensack, NJ 07601-4303               St. Louis, MO 63195-4540


Borman Properties                        Bridgeton Emergency Group               Robert T Bruegge
11756 Borman Dr                          PO Box 731584                           Chapter 7 Trustee
Saint Louis, MO 63146-4133               Dallas, TX 75373-1584                   1606 Eastport Plaza Dr
                                                                                 Suite 110
                                                                                 Collinsville, IL 62234-6136

CAVALRY PORTFOLIO SERV                   CENTRAL FINL CONTROL                    CHASE
500 SUMMIT LAKE DR                       PO BOX 66044                            BANK ONE CARD SERV 2500 WESTFIELD DRI
VALHALLA, NY 10595-2322                  ANAHEIM, CA 92816-6044                  ELGIN, IL 60124-7836


CONSUMER ADJUSTMENT CO                   CREDIT ACCEPTANCE                       CREDIT MANAGEMENT LP
12855 TESSON FERRY RD                    PO BOX 513                              4200 INTERNATIONAL PKWY
SAINT LOUIS, MO 63128-2911               SOUTHFIELD, MI 48037-0513               CARROLLTON, TX 75007-1912


Capital Management Services              Cash Store                              Center For Advanced Medicine
726 Exchange St. Suite 700               629 Westly Dr                           Dr. Ray
Buffalo, NY 14210-1464                   Wood River, IL 62095-1970               4921 Parkview Place Suite 6C
                                                                                 Saint Louis, MO 63110-1032


Charter Communications                   Christian Hospital                     Collector of Revenue
PO Box 790086                            11125 Dunn Rd Ste 211                  41 S. Central Ave
Saint Louis, MO 63179-0086               St Louis, MO 63136-6132                Saint Louis, MO 63105-1721


Des Peres Hospital                       (p)DIRECTV LLC                          Dr Danny Younger
PO Box 741263                            ATTN BANKRUPTCIES                       1318 D'Adrian Professional Park
Atlanta, GA 30374-1263                   PO BOX 6550                             Godfrey, IL 62035-1685
                                         GREENWOOD VILLAGE CO 80155-6550


Dr Robert Kraetch                        Dr. Donald King                         Dr. Michael R. Chicoine, MD
SSM Cancer Center                        7943 Big Bend Blvd                      4921 Parkview Pl Suite 6B
1475 Kisker Rd Suite 180                 Saint Louis, MO 63119-2703              Saint Louis, MO 63110-1032
Saint Charles, MO 63304-8786
```

| | | |
|---|---|---|
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | EOS CCA<br>700 LONGWATER DR<br>NORWELL, MA 02061-1624 | EXETER FINANCE CORP<br>222 LAS COLINAS BLVD W<br>IRVING, TX 75039-5421 |
| Paula A. Enders Frye<br>2911 Rock Hill Rd<br>Wood River, IL 62095-3342 | Exeter Finance Corp.<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104-4868 |
| FIRSTSOURCE ADVANTAGE<br>7650 MAGNA DR<br>BELLEVILLE, IL 62223-3366 | Dennis F. Frye<br>2911 Rock Hill Rd<br>Wood River, IL 62095-3342 | G M A C<br>PO BOX 380901<br>BLOOMINGTON, MN 55438-0901 |
| Hoberg, Rick<br>c/o SELTZER , GARRY , Attorney<br>7751 CARONDELET AVE. STE 708<br>Saint Louis, MO 63105-3331 | Home Town Hearing<br>503A Saint Louis St<br>Edwardsville, IL 62025-1501 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Inpatient Consultants of Missouri<br>PO Box 92707<br>Los Angeles, CA 90009-2707 | Jerseyville Pain Management Center<br>903 S. State<br>Jerseyville, IL 62052-2344 | MRSI<br>2250 E DEVON AVE STE 352<br>DES PLAINES, IL 60018-4521 |
| Medicredit<br>PO Box 1629<br>Maryland Heights, MO 63043-0629 | Metro West Anesthesia<br>PO Box 958864<br>Saint Louis, MO 63195-8864 | NCO FIN /99<br>POB 15636<br>WILMINGTON, DE 19850-5636 |
| (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 | NRTHN RESOL<br>PO BOX 566<br>AMHERST, NY 14226-0566 | PINNACLE CREDIT SERVIC<br>7900 HIGHWAY 7 # 100<br>SAINT LOUIS PARK, MN 55426-4045 |
| Sean C Paul<br>PK Law<br>8917 Gravois Road<br>St Louis, MO 63123-4623 | Penn Credit Corp<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Premiere Medical Specialists<br>PO Box 277593<br>Atlanta, GA 30384-7593 |
| Premiere Medical Specialists LLC<br>8790 Watson Rd<br>Suite 103<br>Saint Louis, MO 63119-5140 | RAMOS , ERMAN<br>c/o Michael J MCKITRICK , Attorney<br>7701 FORSYTH BLVD. Suite 800<br>Saint Louis, MO 63105-1861 | RICKMAN & RICKMAN<br>PO BOX 212269<br>COLUMBIA, SC 29221-2269 |
| RJM ACQ LLC<br>575 UNDERHILL BLVD STE 2<br>SYOSSET, NY 11791-3426 | ROADLOANS.COM<br>5201 RUFE SNOW DR STE 40<br>NORTH RICHLAND HILLS, TX 76180-6036 | Riverbend Physical Medicine<br>1702 Vaughn Road<br>Wood River, IL 62095-1898 |

| | | |
|---|---|---|
| SANTANDER<br>PO BOX 961245<br>FORT WORTH, TX 76161-0244 | SEVENTH AVENUE<br>1112 7TH AVE<br>MONROE, WI 53566-1364 | (p)SNAP ON CREDIT LLC<br>950 TECHNOLOGY WAY<br>SUITE 301<br>LIBERTYVILLE IL 60048-5339 |
| SSM Depaul Health Center<br>PO Box 503596<br>St Louis, MO 63150-3596 | St Anthony's Medical<br>PO Box 66766, Dept 30696<br>Saint Louis, MO 63166-6766 | The Progressive Corporation<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 |
| U.S. District Court<br>Eastern District of Missouri<br>111 S. 10th St.<br>Saint Louis, MO 63102-1125 | UNITED COLLECT BUR INC<br>5620 SOUTHWYCK BLVD STE<br>TOLEDO, OH 43614-1501 | United States Trustee<br>Becker Bldg, Room 1100<br>401 Main St<br>Peoria, IL 61602-1267 |
| VERIZON WIRELESS<br>1 VERIZON PL<br>ALPHARETTA, GA 30004-8510 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| APPLIED BANK<br>601 DELAWARE AVE<br>WILMINGTON, DE 19801 | DirecTV<br>PO Box 78626<br>Phoenix, AZ 85062 | NCO FIN/55<br>PO BOX 13570<br>PHILADELPHIA, PA 19101 |
| SNAP-ON CREDIT LLC<br>PO BOX 506<br>GURNEE, IL 60031 | (d)Snap-on Credit LLC<br>950 Technology Way, Ste 301<br>Libertyville, IL 60048 | (d)Snap-on Credit LLC<br>950 Technology Way, Ste 301<br>Libertyville, IL 60048 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)Exeter Finance Corp.<br>c/o Ascension Capital Group<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | End of Label Matrix<br>Mailable recipients   69<br>Bypassed recipients    2<br>Total                  71 |